### Brownell *vs.* Marsh.

Sept. 1840.

An *affidavit of merits* in which the defendant deposes that he has fully and fairly stated *this case*, or *his case* to counsel, is a sufficient compliance with the 61st rule of this court; an affidavit that he has stated his *defence* is not enough.

ON motion to change the *venue* in this cause, and on motions in several other suits where an affidavit of merits was necessary, it was objected that the affidavit did not conform to the 61st rule, which requires the party to swear "that he has fully and fairly stated *the* case to his counsel." The affidavits were, that the defendant had stated *his* case, *this* case and his *defence* to counsel.

*By the Court*, BRONSON, J. An affidavit that the party has fully and fairly stated *this* case, or *his* case, to counsel,

fairly implies that he has stated the *whole* case, and is a sufficient compliance, in that particular, with the 61st rule. But an affidavit that he has stated his *defence* to counsel, only implies that he has stated *one side* of the case, and is therefore insufficient.

Orders accordingly.